Case 17-19719   Doc 23   Filed 10/12/17   Entered 10/14/17 23:30:15   Desc Imaged
                         Certificate of Notice   Page 1 of 3

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Fermin Ramon Larez** | Social Security number or ITIN **xxx–xx–1762** |
| | First Name   Middle Name   Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   **Northern District of Illinois**

Case number:   **17–19719**

## Order of Discharge  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Fermin Ramon Larez
aka Fermin Ramon Larez Castillo

October 12, 2017

**For the court:** Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318   **Order of Discharge**   page 1

Certificate of Notice   Page 2 of 3

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 17-19719-JPC
Fermin Ramon Larez                                                        Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: kmcgee            Page 1 of 1            Date Rcvd: Oct 12, 2017
                              Form ID: 318            Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2017.
db          +Fermin Ramon Larez,    1021 Dulaney Valley Rd,    Towson, MD 21204-2753
25786548    +Beerman, Pritikin, Mirabelli,    161 N. Clark Street,    suite 2600,    Chicago, IL 60601-3243
25786549    +Best Egg,   1523 Concord Pike,    Wilmington, DE 19803-3653
25786551    +Ciesla Beeler, LLC,    191 Waukegan Rd.,    Northfield, IL 60093-2743
25786552    +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
              Saint Louis, MO 63179-0040
25786553    +Freedom Plus,   1875 South Grant Street,    San Mateo, CA 94402-2666
25786554    +Law Offices of Jeffery M. Leving,    19 South LaSalle Street,    Suite 1500,
              Chicago, IL 60603-1413
25786555     Megan Ann Schildgen,    Av. Isidora Goyenechea 2985,    4to piso Las Condes,    Santiago, Chile
25786556    +SST/Best Egg,   Attn: Bankruptcy,    4315 Pickett Rd,    Saint Joseph, MO 64503-1600
25786558   ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
              ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court:   Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
              Frederick, MD 21701)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +EDI: QRBKATZ.COM Oct 13 2017 00:03:00     Robert B Katz, ESQ,    Law Offices Of Robert B Katz,
              53 West Jackson Blvd,    Suite 1334,   Chicago, IL 60604-3548
25786547     E-mail/Text: bankruptcy@bbandt.com Oct 13 2017 00:40:27      Bb&t,    Po Box 1847,
              Wilson, NC 27894
25786546    +EDI: BANKAMER.COM Oct 13 2017 00:03:00     Bank Of America,    Nc4-105-03-14,    Po Box 26012,
              Greensboro, NC 27420-6012
25786550    +EDI: CHASE.COM Oct 13 2017 00:03:00     Chase Card,   Attn: Correspondence Dept,    Po Box 15298,
              Wilmington, DE 19850-5298
25786557    +EDI: WFFC.COM Oct 13 2017 00:03:00     Wells Fargo Bank,    Attn: Bankruptcy,    Po Box 94435,
              Albuquerque, NM 87199-4435
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2017 at the address(es) listed below:
          Angela  Spalding    on behalf of Debtor 1 Fermin Ramon Larez angela@spaldinglawcenter.com,
           courtmail@spaldinglawcenter.com;jacqueline@spaldinglawcenter.com
          Joel A Schechter, ESQ   on behalf of Creditor Megan  Schildgen joelschechter1953@gmail.com,
           r60549@notify.bestcase.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Robert B Katz, ESQ    rkatztrustee@gmail.com, rkatz@ecf.epiqsystems.com
                                                                                             TOTAL: 4